DEPR   Contacto   Iniciar Sesión   Ayuda   Español

**Gobierno de Puerto Rico**
Departamento de Estado

CORPORACIONES Y ENTIDADES ▾    RADICACIONES ANUALES ▾    CERTIFICADOS ▾

INFORMACIÓN DE CORPORACIÓN

# Información de Corporación

**SOLAR NOW PUERTO RICO LLC**

**Detalles** | Transacciones | Radicaciones Anuales | Certificados

## Información general

| | |
|---|---|
| Nombre | SOLAR NOW PUERTO RICO LLC |
| Número Registro | 400832 |
| Estatus | ACTIVA |
| Clase | Compañía de Responsabilidad Limitada |
| Tipo | Con Fines de Lucro |
| Jurisdicción | Doméstica |
| Fecha de Inscripción | 25-oct-2017 04:24 PM |
| Fecha de Vigencia | 25-oct-2017 04:24 PM |
| Fecha de Expiración | No caduca |

## Oficina principal

| | |
|---|---|
| Dirección física | Calle Miramontes B-7, Los Frailes Guaynabo P.R. 00969, GUAYNABO, PR, 00969 |
| Dirección postal | Calle Miramontes B-7, Los Frailes Guaynabo P.R. 00969, GUAYNABO, PR, 00969 |

## Agente residente

| | |
|---|---|
| Nombre | Capó , Gretchen (Individuo) |
| Dirección física | Calle Miramontes B-7, Los Frailes Guaynabo P.R. 00969, GUAYNABO, PR, 00969 |
| Dirección postal | Calle Miramontes B-7, Los Frailes Guaynabo P.R. 00969, GUAYNABO, PR, 00969 |

## Administradores

No disponible.

← Regresar a resultados de búsqueda

**Acciones**

- Pagar Derecho Anual 2023
- Pagar Derecho Anual para Año(s) Anteriores
- Solicitar Certificado de Cumplimiento
- Solicitar Certificado de Existencia
- Enmendar Entidad
- Cancelar Entidad
- Convertir
- Fusionar
- Consolidar
- Manejar Acceso
- Plan de Pago

## Personas Autorizadas

| Nombre | Dirección Física |
| --- | --- |
| Capó , Gretchen | Calle Miramontes B-7, Los Frailes Guaynabo P.R. 00969, GUAYNABO, PR, 00969 |
| Carrión , William | Calle Miramontes B-7 Los Frailes, GUAYNABO, PR, 00969 |

## Propósitos

Orientación, Venta e Instalación de Equipos Solares.



**Gobierno de Puerto Rico**
Departamento de Estado
de Puerto Rico

**Navegación**
Pasaportes
Corporaciones
Juntas Examinadoras
Marcas
Servicios al Inmigrante

**Recursos**
Reglamento 8688
Ley Núm. 55-2020
Ley Núm. 164-2009
Departamento de Hacienda de Puerto Rico

**Contacto**
Calle San José, Esq. San Francisco
San Juan, Puerto Rico

PO Box 9023271
San Juan, Puerto Rico 00902-3271

© 2024 Departamento de Estado, Gobierno de Puerto Rico. Todos los documentos emitidos en esta plataforma están Autorizados por la Oficina del Contralor Electoral OCE-SA-2023-00187

Normas de Uso     Política de Privacidad