Cover 3 | 24 | am 0:00:03 AM | Document 1-11 | File 12/2024 | Page 1 of 11

 **solarnowpr**                                              ···



 8   💬   ✈ 3                                    

**solarnowpr** Sabemos que con tantas ofertas y marcas en el mercado, puede ser difícil decidir cuál es la mejor opción para ti. ¡Pero no te preocupes! En Solar Now estamos aquí para hacer esa decisión mucho más fácil. 🚀 ✨

¿Por qué elegir Solar Now?

















